**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-929-VAP (FMOx)                               Date:  July 14, 2009

Title:   DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee -v- JORGE A. BARCENAS
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                                   None Present
Courtroom Deputy                                                Court Reporter

ATTORNEYS PRESENT FOR                           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                     DEFENDANTS:

None                                            None

PROCEEDINGS:   MINUTE ORDER REMANDING MATTER TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN BERNARDINO (IN CHAMBERS)

   The Court remands the matter to the California Superior Court for the County of San Bernardino for Defendant's failure to timely respond to the Court's Order to Show Cause as to subject matter jurisdiction.

   **IT IS SO ORDERED.**